UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00168
   HELEN M MCGHEE
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-9377

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 01/05/2007 and was confirmed 03/22/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 05/01/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 14321.24 | 998.81 | 2400.03 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED VEHIC | 818.18 | .00 | 355.29 |
| GREAT AMERICAN FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| B-LINE LLC | UNSECURED | 997.14 | .00 | .00 |
| EMERGENCY CARE PHYSICIAN | UNSECURED | NOT FILED | .00 | .00 |
| ECHELON RECOVERY INC | NOTICE ONLY | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 354.85 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 1240.74 | .00 | .00 |
| SINAI MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| ANDREW MCGHEE | NOTICE ONLY | NOT FILED | .00 | .00 |
| LEGAL HELPERS PC | DEBTOR ATTY | 2,300.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 255.87 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 4,010.00 | |
| PRIORITY | | .00 |
| SECURED | | 2,755.32 |
|    INTEREST | | 998.81 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 255.87 |
| DEBTOR REFUND | | .00 |
| TOTALS | 4,010.00 | 4,010.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 00168 HELEN M MCGHEE

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 08/26/08                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
        CASE NO. 07 B 00168 HELEN M MCGHEE